June 19, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

RICHARD HAASE, Appellant

NO. 14-11-00114-CV                     V.

MEISSNER, BOLTE & PARTNER GBR, Appellee

_____

This cause, an appeal from an order signed November 5, 2010 granting appellee Meissner, Bolte & Partner GBR's motion to strike the pleadings in intervention of appellant Richard Haase, was heard on the transcript of the record. The record shows that the judgment is not final. We therefore order the appeal **DISMISSED**.

We order appellant Richard Haase to pay all costs incurred in this appeal.

We further order this decision certified below for observance.